1  LORENZO VECCHIOLI
2  PRO SE
3  San Francisco address:
4  One Pine Street # 2306
5  San Francisco Ca 94111
6  Tel: 415 902 5785  Efax : 415 276 1803
7  Email: llvecchioli@cs.com

**RECEIVED**
JUN 2 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JUL 0 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

, LORENZO VECCHIOLI

    Plaintiff,

v.

BOREL PRIVATE BANK & TRUST CO., a California corporation on its own behalf and as Trustee of the ANDRE LeROY TRUST; DEUTSCHE BANK NATIONAL COMPANY a U.S. subsidiary as Trustee of the Eugene LeRoy Trust; UNION OIL COMPANY OF CALIFORNIA, a California corporation

    Defendants.

C05-02590 WDB

ON THE COMPLAINT FOR BREACH OF TRUST, BREACH OF FIDUCIARY DUTY, NEGLIGENCE, BREACH OF THE DUTY OF LOYALTY, PROFESSIONAL NEGLIGENCE, DESTRUCTION OF CAPACITY OF OIL PRODUCTION, MISREPRESENTATION, INDUCEMENT, CONSPIRACY, FRAUD, ,THEFT, MISAPPLICATION RESTITUTION, WASTE, TRESPASS, NUISANCE, ENVIRONMENTAL FRAUD, MISAPPROPRIATION, UNFAIR COMPETITION AND DECLARATORY RELIEF.

(Proposed) Order to grant use of Electronic court Filing system.

(Proposed) order to use the electronic filing system

1. (Proposed) Order granting plaintiff the use of electronic court filing system

2. 

3. This court having considered the Motion to be able to use the electronic court filing system from

4. Plaintiff Lorenzo Vecchioli, this court grants the above motion to be able to use the electronic

5. court filing system and orders that Plaintiff Lorenzo Vecchioli, ~~might~~ (WDB) apply to register for the

6. electronic court filing system.

7. 

8. 

9. Dated: 7-5-05                    by: /s/ Wayne D. Brazil

-2-
(Proposed) order to use the electronic court filing system