**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO VECCHIOLI,

    Plaintiff,

    v.

BOREL PRIVATE BANK & TRUST CO., et al.,

    Defendants.
_____/

No. C 05-2590 PJH

**ORDER REMOVING CASE FROM THE E-FILING PROGRAM**

TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case is REMOVED from the e-filing program. The undersigned judge does not permit e-filing in cases involving pro per litigants.

**IT IS SO ORDERED.**

Dated: September 7, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge