**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10

11  LORENZO VECCHIOLI,

12         Plaintiff,                              No. C 05-2590 PJH

13         v.                                      **JUDGMENT**

14  BOREL PRIVATE BANK & TRUST CO.,
    a California corporation on its own
15  behalf and as Trustee of Andre LeRoy
    Trust; DEUTSCHE BANK NATIONAL
16  TRUST COMPANY, a U.S. subsidiary
    as Trustee of the Eugene LeRoy Trust;
17  UNION OIL COMPANY OF
    CALIFORNIA, a California corporation.
18
           Defendants.
19  _____/

20

21         Pursuant to the order signed today, this action is DISMISSED with prejudice pursuant

22  to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

23         **IT SO ORDERED AND ADJUDGED.**

24  Dated: November 10, 2005

25                                          _____

26                                          PHYLLIS J. HAMILTON
                                            United States District Judge
27

28